|     |     |
| --- | --- |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF DOROTHY MEDORE,<br><br>Defendant. | No. 5:17-cv-00029-JAK-SP<br><br>**CONSENT DECREE**<br><br>**JS-6** |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

The Court has considered the United States of America's ("Plaintiff") Unopposed Motion to Enter Consent Decree. The decree resolves the liability of the Estate of Dorothy Medore ("Defendant") for response costs associated with the cleanup of the Banaire Radium Trailers Superfund Site in Cabazon, California under Section 107(a) of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a).

The Court finds that the Consent Decree is fair, reasonable, in the public interest, and consistent with the purposes of CERCLA, and hereby GRANTS Plaintiff's request.

1

It is hereby ORDERED that the Proposed Consent Decree between Plaintiff and Defendant shall be entered by the Court in this case.

Dated: April 11, 2017

_____
JOHN A. KRONSTADT
United States District Judge